UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AHMED, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF ANTIOCH, CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 16-cv-01693-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 31 |

On April 4, 2016, Plaintiffs Maria Ahmed and Yassar Ahmed, successors-in-interest to Afroza Chowdhury's estate, brought an action alleging violations of 42 U.S.C. § 1983 and California law. Dkt. No. 1. On July 1, 2016, the Court dismissed Plaintiffs' complaint in its entirety with leave to amend. Dkt. No. 29. Plaintiffs timely filed a first amended complaint, which eliminates all claims arising under 42 U.S.C. § 1983 and limits Plaintiffs' allegations to violations of California law.

The Court hereby ORDERS the parties to show cause why federal jurisdiction exists in light of the first amended complaint. The parties shall file concurrent briefs of no more than 5 pages citing authority that establishes (or negates) the basis for jurisdiction in this Court by August 3, 2016.

**IT IS SO ORDERED.**

Dated: July 22, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge